THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
David Fogle, Appellant.
 
 
 

Appeal From Colleton County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2006-UP-229
Submitted April 1, 2006  Filed April 25, 2006

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Randolph Murdaugh,III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  On September 1, 2004, David Fogle pleaded guilty to assault and battery of a high and aggravated nature.  He was sentenced to eight years in prison.  Fogle appeals, arguing the circuit court erred by accepting his plea without first satisfying itself that a crime had been committed.  On appeal, counsel for Fogle has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting that there are no meritorious grounds for appeal and requesting permission to withdraw from further representation.  Fogle has not filed a pro se response.  
After a thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
BEATTY, SHORT, and WILLIAMS, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.